NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KEVIN JAMES O'NEILL, DOC #S02226,   )
                                 )
        Appellant,            )
                                 )
v.                            )     Case No. 2D18-1900
                               )
STATE OF FLORIDA,         )
                               )
        Appellee.           )
_____)

Opinion filed November 22, 2019.

Appeal from the Circuit Court for Manatee
County; Charles Sniffen, Judge.

Howard L. Dimmig, II, Public Defender, and
Timothy J. Ferreri, Assistant Public
Defender, Bartow, for Appellant.

Kevin James O'Neill, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

        Affirmed.

NORTHCUTT, KELLY, and SMITH, JJ., Concur.